1
2
3
4
5                         UNITED STATES DISTRICT COURT
6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                                  OAKLAND DIVISION
8

| | |
|---|---|
| 9  ZORRO ALLEN SHAW, | Case No: C 10-0329 SBA |
| 10      Petitioner, | 2255 MOT. – See CR 04-40134 SBA |
| 11      vs. | **ORDER SETTING BRIEFING SCHEDULE** |
| 12  UNITED STATES OF AMERICA, | |
| 13      Respondent. | |

14

15     On June 29, 2006, Defendant, Zorro Allen Shaw, pleaded guilty to four counts of

16 Possession with Intent to Distribute and Distribution of Crack Cocaine, 21 U.S.C. § 841(a)(1), and

17 was sentenced to a term of 120 months. On January 22, 2010, Petitioner filed a motion to vacate,

18 set aside or correct sentence under 28 U.S.C. § 2255. In his motion, Petitioner contends that at the

19 time he was sentenced in this case, he was not eligible for a "safety valve" sentence reduction due

20 to a prior state court conviction. Petitioner states that on or about September 15, 2009, the state

21 court conviction was vacated, and thus, he now is entitled to the safety valve reduction.

22 Accordingly,

23     IT IS HEREBY ORDERED THAT:

24     1.   The United States shall file and serve a response to Petitioner's 2255 motion within

25 30 days the date this Order is filed.

26     2.   If Petitioner desires to submit a reply brief, he shall do so by no later than 30 days

27 after the United States files it opposition. The matter will be deemed submitted on the date the

28 Reply is due.

3. The Clerk shall mail a copy of this Order to Petitioner, addressed as follows:

>Zorro Allen Shaw
>Prisoner No. 93676-011
>USP Atwater
>1 Federal Way
>P.O. Box 019001
>Atwater, CA  95301

IT IS SO ORDERED.

Dated:  February 8, 2010                              _____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ZORRO ALLEN SHAL,

       Plaintiff,

  v.

USA,

       Defendant.
_____/

Case Number: CV10-00329 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zorro Allen Shaw 93676-011
Federal Prison Camp
P.O. Box 019001
Atwater, CA 95301

Dated: February 11, 2010

Richard W. Wieking, Clerk
                        By:
LISA R CLARK, Deputy Clerk